UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO MADRIZ ESPINOZA,<br><br>Defendant. | No. MJ 17-71111- MAG<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Dated: August 24, 2017



NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

cc: AUSA

ORDER OF DISMISSAL
MJ 17-71111 MAG